IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br><br>Plaintiff,<br><br>vs.<br><br>PHYSICIAN SPECIALISTS IN<br>ANTHESIA, PC, et al.<br><br>Defendant. | CIVIL ACTION<br>CASE NO.: 1-01-CV-0854-MHS |

## AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served PHYSICIANS SPECIALISTS IN PAIN MANAGEMENT INC with the below-listed documents in this matter,

at 5671 PEACHTREE DUNWOODY RD, 530, ATLANTA, GA 30342,

on February 19, 2003, at 2:19 PM:
SUMMONS/COMPLAINT & FIRST ADMENDMENT

Said documents were served by handing to DR. STEVEN SWEEN, authorized to accept.

2.

Dated: February 21st, 2003.

_____
CHRISTOPHER S. STANTON

Sworn to and subscribed before me
this 21st day of February, 2003.
at Atlanta, Georgia

_____
Notary Public

