ORIGINAL

Rec'd
FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 25 2003

LUTHER D. THOMAS, Clerk
By: J. Trigg Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 26 2003

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, )
Ex rel., ROBERT J. ALLEN, )
)
Plaintiff, )
)
v. ) Civil Action File
) No. 1:01-CV-854-MHS
PHYSICIAN SPECIALISTS IN )
ANESTHESIA, P.C., PHYSICIAN )
SPECIALISTS IN PAIN )
MANAGEMENT, INC.; PHYSICIAN )
PAIN SPECIALISTS, P.C.; THE )
RESURGENS CENTER, INC.; )
RESURGENS AND AFFILIATED )
ORTHOPAEDISTS, P.C.; MEDAPHIS )
PHYSICIAN SERVICES, INC.; )
MEDAPHIS CORP.; and PER-SE )
TECHNOLOGIES, INC. )
)
Defendants. )
_____ )

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO RELATOR'S SECOND AMENDED COMPLAINT BY RESTATEMENT

WHEREAS, Relator filed this suit under seal on April 30, 2001;

WHEREAS, this case was unsealed on October 31, 2002;

WHEREAS, all Defendants were served in this action after February 5, 2003;

WHEREAS, Relator moved for leave to file a Second Amended Complaint by Restatement (the "Complaint") and Relator's motion was granted on August 28, 2003;

WHEREAS, Relator and Defendants would like additional time to pursue possible resolution of this matter without further intervention by this Court;

ATL01/11514797v1

WHEREAS, by mutual consent, Defendants have not yet filed any answer or motion regarding the substantive allegations of the Complaint or any earlier version of the Relator's Complaint;

WHEREAS, the parties have agreed that the time for Defendants to answer, move, or otherwise respond to the Complaint without in any way being prejudiced or without otherwise waiving any rights shall be extended up through and including November 11, 2003;

THEREFORE, based upon the agreement of the parties and for good cause shown, IT IS HEREBY ORDERED that the time by which Defendants must answer, move, or otherwise respond to the Complaint without in any way being prejudiced or without otherwise waiving any right shall be extended until November 11, 2003.

SO ORDERED this 26 day of Sept, 2003.

Marvin H. Shoob
United States District Judge

CONSENTED TO BY:

HARMON, SMITH, BRIDGES &
WILBANKS LLP


_Marlan B. Wilbanks_ (By GAK with Express Permission)

Marlan B. Wilbanks
Georgia Bar No. 758223
1795 Peachtree Road, N.E., Suite 350
Atlanta, Georgia 30309-2339
(404) 881-1200

*Counsel for Relator Robert J. Allen*


ALSTON & BIRD LLP


_Shannon Thyme Klinger_
Georgia Bar No. 425189
George A Koenig
Georgia Bar No. 427626
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000

*Counsel for Physician Specialist in
Anesthesia, P.C., Physician Specialists
In Pain Management, Inc., and
Physician Pain Specialists, P.C.; Medaphis
Physicians Services, Inc. (n/k/a PST Services,
Inc.); Medaphis Corp. (n/k/a Per-Se Technologies,
Inc.), and Per-Se Technologies, Inc.*

VAUGHAN & MURPHY

Charles C. Murphy, Jr. (By GAK with Express permission)

Charles C. Murphy, Jr.
Georgia Bar No. 530062
Harris Tower, Suite 700
233 Peachtree Street
Atlanta, Georgia 30303
(404) 577-6550

*Counsel for The Resurgens Center, Inc.,*
*Resurgens and Affiliated Orthopaedists, P.C.,*
*Resurgens Surgery Center, LLC*