ORIGINAL



FILED IN CLERK'S OFFICE

JUN 14 2004

LUT...
By: _____ Clerk
        Deputy Clerk

UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.*, ROBERT J. ALLEN, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>PHYSICIAN SPECIALISTS IN )<br>ANESTHESIA, P.C., PHYSICIAN )<br>SPECIALISTS IN PAIN )<br>MANAGEMENT, INC.; PHYSICIAN )<br>PAIN SPECIALISTS, P.C.; THE )<br>RESURGENS CENTER, INC.; )<br>RESURGENS AND AFFILIATED )<br>ORTHOPAEDISTS, P.C.; MEDAPHIS )<br>PHYSICIAN SERVICES, INC.; )<br>MEDAPHIS CORP.; and PER-SE )<br>TECHNOLOGIES, INC. )<br>    )<br>    Defendants. )<br>_____ ) | Civil Action File<br>No. 1:01-CV-854-MHS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Robert J. Allen ("Allen") voluntarily dismisses the above action against Defendants Medaphis Physician Services, Inc., Medaphis Corp., and Per-Se Technologies, Inc., with prejudice as to Allen, without prejudice as to the United States.

This  14  day of  June , 2004.

WDC01/138908v1



STIPULATED TO BY:

UNITED STATES OF AMERICA

_____

Amy B. Kaminshine
Assistant United States Attorney
1800 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30335

HARMON, SMITH, BRIDGES &
WILBANKS LLP

_____

Marlan B. Wilbanks
Georgia Bar No. 758223
1795 Peachtree Road, N.E., Suite 350
Atlanta, Georgia 30309-2339
(404) 881-1200

Counsel for Relator Robert J. Allen


ALSTON & BIRD LLP

_____

Shannon Thyme Klinger
Georgia Bar No.425189

Counsel for Defendants Medaphis
Physician Services, Inc., Medaphis Corp.,
and Per-Se Technologies, Inc.,

1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)

- 2 -

Pursuant to 31 U.S.C. § 3730(b), the United States hereby consents to the stipulated dismissal of Defendants Medaphis Physician Services, Inc., Medaphis Corp., and Per-Se Technologies, Inc., without prejudice as to the United States.

_____     Dated: __6/14/04__
Mina Rhee
Assistant United States Attorney
Provisionally Admitted 7.28.03
United States Attorney's Office
 for the Northern District of Georgia
75 Spring St., SW
Suite 600
Atlanta, GA 30303
Tel: (404) 581-6302
Fax: (404) 581-6234

- 3 -

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to the Plaintiff, Robert J. Allen, without prejudice as to the United States.

This ___ day of _____, 2004

                                                                  _____
                                                                  Marvin H. Shoob
                                                                  United States District Judge