RECEIVED IN CLERK'S OFFICE
U.S...
JAN 20 2005
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

ORIGINAL

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta
JAN 2 4 2005
LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ROBERT J. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>PHYSICIAN SPECIALISTS IN ANESTHESIA, P.C.; PHYSICIAN SPECIALISTS IN PAIN MANAGEMENT, INC.; PHYSICIAN PAIN SPECIALISTS, P.C.; THE RESURGENS CENTER, INC.; and RESURGENS AND AFFILIATED ORTHOPAEDISTS, P.C.;<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:01-CV-0854-MHS |

## CONSENT ORDER

WHEREAS, Relator filed this suit under seal on April 30, 2001;

WHEREAS, this case was unsealed on October 31, 2002;

WHEREAS, all Defendants were served in this action after February 5, 2003;

WHEREAS, Relator moved for leave to file a Second Amended Complaint by Restatement (the "Complaint") and Relator's Motion was granted on August 28, 2003;

WHEREAS, The Resurgens Center, Inc., Resurgens and Affiliated Orthopaedists, P.C. and Resurgens Surgery Center, LLC (the "Resurgens Defendants") filed a Motion to Dismiss on May 14, 2004;

WHEREAS, this Court has most recently entered a Consent Order extending the time for Relator to file an opposition to the Resurgens Defendants' Motion to Dismiss until January 20, 2005;

WHEREAS, the United States, Relator and the Resurgens Defendants have reached a settlement in principle and require no more than ninety (90) days to finalize a Settlement Agreement, so that this case may be resolved;

THEREFORE, based upon the agreement of the parties, it is hereby ordered that the Parties shall notify this Court when the settlement is finalized, but by no later than April 20, 2005, unless otherwise ordered by the Court.

SO ORDERED this _____ day of January, 2005.

_____
Marvin H. Shoob
United States District Judge


CONSENTED TO BY:

UNITED STATES OF AMERICA

_____
Mina Rhee
Assistant United States Attorney
Georgia Bar No. 602047
75 Spring St., SW
Suite 600
Atlanta, GA 30303
(404) 581-6302

HARMON, SMITH, BRIDGES & WILBANKS

*/s/ Marlan B. Wilbanks by MBW with express permission*
Marlan B. Wilbanks
Georgia Bar No. 758223
1795 Peachtree Road, NE
Suite 350
Atlanta, Georgia 30309
(404) 881-1200

*Counsel for Relator Robert J. Allen*

VAUGHAN & MURPHY

*/s/ Ellen G. Schlossberg by MBW with express permission*
Ellen G. Schlossberg
Georgia Bar No. 629387
260 Peachtree Street, NW
Suite 1600
Atlanta, Georgia 30303-1202
(404) 577-6550

*Counsel for Resurgens Defendants*