# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ROBERT J. ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>PHYSICIAN SPECIALISTS IN ANESTHESIA, P.C.; PHYSICIAN SPECIALISTS IN PAIN MANAGEMENT, INC.; PHYSICIAN PAIN SPECIALISTS, P.C.; THE RESURGENS CENTER, INC.; and RESURGENS AND AFFILIATED ORTHOPAEDISTS, P.C.;<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.  1:01-CV-0854-MHS |

**CONSENT ORDER**

WHEREAS, Relator filed this suit under seal on April 30, 2001;

WHEREAS, this case was unsealed on October 31, 2002;

WHEREAS, all Defendants were served in this action after February 5, 2003;

WHEREAS, Relator moved for leave to file a Second Amended Complaint by Restatement (the "Complaint") and Relator's Motion was granted on August 28, 2003;

WHEREAS, The Resurgens Center, Inc., Resurgens and Affiliated

Orthopaedists, P.C. and Resurgens Surgery Center, LLC (the "Resurgens Defendants") filed a Motion to Dismiss on May 14, 2004;

WHEREAS, this Court has extended the time for Relator to file an opposition to the Resurgens Defendants' Motion to Dismiss during the time in which the parties have pursued settlement negotiations;

WHEREAS, the United States, Relator and the Resurgens Defendants have reached a settlement in principle as to most, but not all, of the material terms of such a settlement and the Court has granted the parties extensions until May 4, 2005, to finalize the settlement;

WHEREAS, the United States, Relator and the Resurgens Defendants have in good faith worked to complete the settlement by May 4, 2005, and are very close to completing the settlement documents, but are still in the process of finalizing a Settlement Agreement, which the parties expect to be completed by Friday, May 13, 2005;

THEREFORE, based upon the agreement of the parties, it is hereby ordered that the Parties shall notify this Court when the settlement is finalized, but by no later than May 13, 2005, unless otherwise ordered by the Court.

SO ORDERED this _____ day of May, 2005.

_____
Marvin H. Shoob
United States District Judge

CONSENTED TO BY:

UNITED STATES OF AMERICA

\_\_/s/_____
Mina Rhee
Assistant United States Attorney
Georgia Bar No. 602047
75 Spring St., SW
Suite 600
Atlanta, GA  30303
(404) 581-6302

HARMON, SMITH, BRIDGES & WILBANKS

  /s/   by Mina Rhee with permission
Marlan B. Wilbanks
Georgia Bar No. 758223
1795 Peachtree Road, NE
Suite 350
Atlanta, Georgia  30309
(404) 881-1200

*Counsel for Relator Robert J. Allen*

VAUGHAN & MURPHY

<u>  /s/   by Mina Rhee with permission        </u>
Ellen G. Schlossberg
Georgia Bar No. 629387
260 Peachtree Street, NW
Suite 1600
Atlanta, Georgia 30303-1202
(404) 577-6550

*Counsel for Resurgens Defendants*